UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL M. MANGAN,<br><br>Defendant | Criminal No.  25cr10413<br><br>Violations:<br><br><u>Counts One-Two</u>: Deprivation of Rights Under Color of Law<br>(18 U.S.C. § 242)<br><br><u>Counts Three-Four</u>: False Report<br>(18 U.S.C. § 1519) |

<u>INDICTMENT</u>

COUNT ONE
Deprivation of Rights Under Color of Law
(18 U.S.C. § 242)

The Grand Jury charges:

On or about March 10, 2023, in the District of Massachusetts, the defendant,

MICHAEL M. MANGAN,

while acting under color of law as a Captain with the Lawrence Police Department, assaulted arrestee Victim 1, willfully depriving Victim 1 of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer. The offense resulted in bodily injury to Victim 1.

All in violation of Title 18, United States Code, Section 242.

<u>COUNT TWO</u>
Deprivation of Rights Under Color of Law
(18 U.S.C. § 242)

The Grand Jury further charges:

On or about March 10, 2023, in the District of Massachusetts, the defendant,

MICHAEL M. MANGAN,

while acting under color of law as a Captain with the Lawrence Police Department, assaulted arrestee Victim 1, willfully depriving Victim 1 of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer.

All in violation of Title 18, United States Code, Section 242.

<u>COUNT THREE</u>
False Report
(18 U.S.C. § 1519)

The Grand Jury further charges:

On or about March 10, 2023, in the District of Massachusetts, the defendant,

MICHAEL M. MANGAN,

knowingly concealed, covered up, falsified and made a false entry in a record and document with the intent to impede, obstruct and influence the investigation and proper administration of a matter within the jurisdiction of a department or agency of the United States and in relation to and contemplation of such a matter, to wit, MANGAN falsified a Supplementary Report by stating therein that, during the booking process, (1) Victim 1 "slightly turned and bladed his body towards" MANGAN, "and simultaneously threw his right arm and outstretched hand at a high rate of speed towards [MANGAN's] face with his fingers in a grabbing motion," (2) Victim 1 demonstrated "assaultive action," (3) there was an "imminent threat of [Victim 1] reaching to grab at [MANGAN's] face," and (4) MANGAN "utilized a straight arm take down" with his right arm across Victim 1's chest.

All in violation of Title 18, United States Code, Section 1519.

<u>COUNT FOUR</u>
False Report
(18 U.S.C. § 1519)

The Grand Jury further charges:

On or about March 10, 2023, in the District of Massachusetts, the defendant,

MICHAEL M. MANGAN,

knowingly concealed, covered up, falsified and made a false entry in a record and document with the intent to impede, obstruct and influence the investigation and proper administration of a matter within the jurisdiction of a department or agency of the United States and in relation to and contemplation of such a matter, to wit, MANGAN falsified a Use of Force Report by stating therein that the "Reason for Using Force" was that Victim 1's conduct was "Assaultive."

All in violation of Title 18, United States Code, Section 1519.

A TRUE BILL

*Carolyn M Ball*
FOREPERSON

*[signature]*
KRISTINA E. BARCLAY
BRIAN A. FOGERTY
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: 28 OCT , 2025
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
DEPUTY CLERK     at 12:50 PM